THOMAS ADAMS & Co. (Limited), Respondent, *v.* SALY I. MAYER, Appellant.

(Submitted May 4, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made the first Monday of December, 1890, which affirmed a judgment in favor of plaintiff and affirmed an order denying a new trial.

*David Leventritt* for appellant.

*W. W. MacFarland* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.